FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VITALIY VLADIMIRAVICH NAZAR, individually,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA INC., a Delaware corporation; and DOES 1 through 50,<br><br>Defendants. | No. 2:18-cv-00348-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' construed stipulated motion for a protective order, **ECF No. 33**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed protective order, **ECF No. 33**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

///

///

///

///

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of April 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge