James D. Hicks, WSBA #36126
FOLEY MANSFIELD LLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5056
Facsimile: (206) 456-5361
Email: jhicks@foleymansfield.com
Attorneys for Defendant
HARBOR FREIGHT TOOLS USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VITALIY VLADIMIRAVICH NAZAR, individually, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC., a Delaware corporation; and JOHN DOES 1-100, <br><br> Defendants. | Case No.: 2:18-CV-00348-SMJ <br><br> HARBOR FREIGHT TOOLS USA, INC.'S SECOND SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP 26(a)(2) |

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 26(a)(2), defendant Harbor Freight Tools USA, Inc. ("Harbor Freight"), by and through its attorneys, hereby supplements its disclosure of expert witnesses as follows:

1. Mark R. Newton, CPA/ABV, CFF
   1325 Fourth Avenue, Suite 1705
   Seattle, WA 98101

HARBOR FREIGHT TOOLS USA, INC.'S SECOND SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP 26(A)(2)

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360

206-792-0214

Mark R. Newton, CPA/ABV, CFF is a certified public accountant, expected to provide testimony related to Plaintiff's alleged damages, as indicated in his initial report, and his supplemental report, a copy of which is attached hereto as Exhibit A, and in response to any evidence and opinions presented by Plaintiff on this topic.

PLEASE TAKE FURTHER NOTICE that Harbor Freight reserves the right to supplement and/or amend this expert disclosure upon additional investigation and discovery in this matter. Further, in accordance with Rule 26(a)(2)(D) and (E), Harbor Freight reserves the right to have any expert issue supplemental reports in further response to reports produced by any experts disclosed by Plaintiff, and to designate and call expert rebuttal witnesses, as needed, at the time of trial.

Dated: April 20, 2020.                    FOLEY & MANSFIELD LLP

By: */s/ James D. Hicks*
Melissa K. Roeder, WSBA #30836
James D. Hicks, WSBA #36126
Laura Ashley Martin, Esq., Pro Hac Vice
mroeder@foleymansfield.com
jhicks@foleymansfield.com
lmartin@gerberciano.com
Attorneys for Defendant
HARBOR FREIGHT TOOLS USA, INC.

HARBOR FREIGHT TOOLS USA, INC.'S SECOND SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP 26(A)(2)

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360

# CERTIFICATE OF SERVICE

I, Laura McKeon, declare that I am employed by the law firm of Foley & Mansfield, PLLP, 999 Third Avenue, Suite 3760, Seattle, Washington; that I am over 18 years of age and not a party to this action.

[ X ] **(By E-Service)** I hereby certify that on this date I electronically filed the foregoing document with the U.S. District Court for the Eastern District of Washington at Seattle using the CM/ECF system, which will send notification to all parties of record.

| **Counsel for Plaintiff** | **Counsel for Plaintiff** |
|---|---|
| Vitaliy Vladimiravich Nazar | Vitaliy Vladimiravich Nazar |
| Aaron A. Crary | Alisa R. Brodkowitz |
| CRARY CLARK DOMANICL & CHUANG | Rachel Min Luke |
| East 9417 Trent Avenue | Roger Davidheiser |
| Spokane, WA 99206 | FRIEDMAN RUBIN |
| acrary@ccdlaw.com | 1109 1st Avenue, Suite 501 |
| | Seattle, WA 98121 |
| | alisa@friedmanrubin.com |
| | Rachel@friedmanrubin.com |
| | rdavidheiser@friedmanrubin.com |

I declare under penalty of perjury under the law of the State of Washington that the foregoing is true and correct.

Executed this 20th day of April, 2020, in Seattle, Washington.

/s/ Laura Mckeon
Laura McKeon, Legal Assistant

HARBOR FREIGHT TOOLS USA, INC.'S SECOND SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP 26(A)(2)

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
(206) 456-5360