FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VITALIY VLADIMIRAVICH NAZAR, individually,<br><br>                Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA INC., a Delaware Corporation; and JOHN DOES 1–100,<br><br>                Defendant. | No.   2:18-cv-00348-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 10, 2021, the parties filed a stipulated dismissal, ECF No. 287. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 287**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

1  **5.** The Clerk's Office is directed to **CLOSE** this file.

2  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4  **DATED** this 11th day of March 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2